WARNER-QUINLAN ASPHALT COMPANY, Appellant, *v.* CENTRAL NEW YORK TELEPHONE AND TELEGRAPH COMPANY, Respondent.

*Warner-Quinlan Asphalt Co.* v. *Central N. Y. Telephone & Telegraph Co.*, 136 App. Div. 912, affirmed.
(Argued June 8, 1911; decided October 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 28, 1910, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to restrain defendant from having work, alleged to have been let by contract to plaintiff, done by other parties.

*A. H. Cowie* for appellant.

*Edward Nottingham* and *George A. Smith* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.